UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTOPHER MACK CHARLES,
    Plaintiff,

vs.                                                               Case No.: 3:22cv10106-TKW-ZCB

P.A. DITTMAN, et al.,
    Defendants.
_____/

## **ORDER**

    This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 25) and Plaintiff's objections (Doc. 29). The Court reviewed the issues raised in the objections de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3). Based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed because the second amended complaint fails to state a claim upon which relief can be granted.

    Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.    This case is DISMISSED under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted.

2

3.  The Clerk shall enter judgment in accordance with this Order and close the case.

**DONE and ORDERED** this 16th day of October, 2023.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**